IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Scott & Alicia Davenport,<br>   Debtors<br><br>Alicia Davenport,<br>   Movant<br><br>  v.<br><br>American Express Centurion Bank<br>   Respondent | Chapter 7<br><br><br>Case No. 5:11-bk-07755-JJT<br><br>Matter: Motion to Avoid Lien |

| Information Required by 11 U.S.C. § 342(c) ||
|---|---|
| Scott Michael Davenport<br>423 Morgan St.<br>Dickson City, PA 18519Tax Identification Number: xxx-xx-2440 | Alicia Davenport<br>423 Morgan St.<br>Dickson City, PA 18519<br>Tax Identification Number: xxx-xx-4237 |

## DEBTOR'S MOTION TO AVOID LIEN

### I: Motion to Avoid Lien of American Express Centurion Bank

1. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien on real property used as the Debtor's residence.

2. On or about **October 24, 2011**, **American Express Centurion Bank** ("**AMEX**") obtained a judicial lien on the real property used as Debtor's residence at **423 Morgan St., Dickson City, PA, 18519**. The lien was entered in **Lackawanna** County at docket number **11-cv-04677** in the amount of $28,969.95.

3. Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien does not exceed $20,000 in value and has been claimed as fully exempt in the bankruptcy case.

4. The existence of **AMEX**'s lien on Debtor's real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. § 522(b).

5. **AMEX**'s lien does not secure a debt for a domestic support obligation.

WHEREFORE, Debtor requests an Order canceling the lien.

| | |
|---|---|
| Date: January 5, 2012 | s/ Brett Freeman |
| | Brett Freeman, Attorney for Debtor |
| | Sabatini Law Firm, LLC |
| | 216 N. Blakely St. |
| | Dunmore, PA 18512 |
| | Phone (570) 341-9000 |
| | Facsimile (570) 504-2769 |
| | Email bfecf@bankruptcypa.com |
| | Bar Number PA 308834 |