IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Scott & Alicia Davenport,<br>　　　　Debtors | Chapter 7 |
| Alicia Davenport,<br>　　　　Movant | Case No. 5:11-bk-07755-JJT |
| v. | Matter: Motion to Avoid Lien |
| American Express Centurion Bank<br>　　　　Respondent | |

**ORDER**

Upon consideration of Debtor's Motion to Avoid Lien, it is hereby ORDERED that the judicial lien entered in favor of **American Express Centurion Bank** on Debtor's real estate at **423 Morgan St., Dickson City, PA, 18519** entered of record in **Lackawanna** County at docket number **11-cv-04677** is canceled and of no effect.