# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Scott & Alicia Davenport,<br>      Debtors | Chapter 7 |
| Alicia Davenport,<br>      Movant<br><br>      v.<br><br>American Express Centurion Bank<br>      Respondent | Case No. 5:11-bk-07755-JJT<br><br>Matter: Motion to Avoid Lien |

## Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | DEBTOR'S MOTION TO AVOID LIEN AND NOTICE | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| **Officer, Managing or General Agent**<br>**American Express Centurion Bank**<br>**4315 South 2700 West, Salt Lake City, Utah,**<br>**84184** | | Certified Mail Return Receipt Requested |
| **Lloyd S. Markind**<br>**Sklar-Markind**<br>**102 Browning Lane, Building B, Suite 1**<br>**Cherry Hill, NJ 08003** | **American Express Centurion Bank** | First Class Mail |

      I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: January 5, 2012                    s/ Brett Freeman
                                  Brett Freeman, Attorney